JAMES K. CARSON AND WIFE, BELINDA McCALL CARSON v. LEE REID

No. 564A85

(Filed 5 March 1986)

APPEAL of right by respondent Lee Reid from a decision of a divided panel of the Court of Appeals, 76 N.C. App. 321, 332 S.E. 2d 497 (1985), which found error in the judgment entered by *Snepp, J.*, on 19 April 1984, in Superior Court, TRANSYLVANIA County, and awarded a new trial.

*Ramsey, Cilley & Perkins, by Robert S. Cilley, for petitioner appellees.*

*Jack H. Potts and Paul B. Welch, III, for respondent appellant.*

PER CURIAM.

Affirmed.